UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNDI GUEST, | : |
|     Plaintiff, | : CIVIL ACTION NO. |
| v. | : |
| CONNECTICUT HOUSING FINANCE AUTHORITY, | : JULY 7, 2021 |
|     Defendant. | : |

## NOTICE OF REMOVAL

TO PLAINTIFF CYNDI GUEST, HER ATTORNEY OF RECORD, AND TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Connecticut Housing Finance Authority ("Defendant" or "CHFA"), by and through its attorneys, Patricia E. Reilly and Emily McDonough Souza of Murtha Cullina LLP, hereby gives notice of its removal of this case from the Connecticut Superior Court, Judicial District of Hartford (Docket No. HHD-CV21-6143772-S), to this Court, pursuant to 28 U.S.C. § 1441 et seq.  Removal is proper, as this Court has original jurisdiction over the claim pursuant to 28 U.S.C. § 1331.  Defendant respectfully represents to the Court as follows:

    1.    This civil action was brought against Defendant Connecticut Housing Finance Authority in the Connecticut Superior Court for the Judicial District of Hartford, 95 Washington Street, Hartford, Connecticut, by way of a Summons and Complaint dated June 22, 2021 with a return date of July 20, 2021.  True copies of process and

pleadings served to date on Defendant are attached hereto at <u>Exhibit A</u>.  Plaintiff returned this action to the Superior Court on June 24, 2021.

2. Defendant was served with a copy of the Summons and Complaint on June 23, 2021.  Therefore, as this Notice is filed within 30 days of Defendant's receipt of process, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

3. No other pleadings, papers or orders have been served upon Defendant in this action.

## ALLEGATIONS OF THE COMPLAINT

4. Plaintiff alleges that she was employed by CHFA from August 2011 to January 16, 2020, and held various positions during this time period, beginning with bookkeeper and ending as Multifamily Development Officer 4. (<u>See</u> Compl., ¶¶ 11, 14).

5. Plaintiff describes various incidents that she alleges occurred during and after her employment at CHFA that she felt were discriminatory and/or retaliatory for reasons associated with her gender and/or pregnancy leave. (<u>See</u> Compl., ¶¶ 15 – 45).

6. Plaintiff alleges that, *inter alia*, she was assigned new duties upon her return from pregnancy leave in January 2019; was issued a "needs improvement" rating as part of her annual evaluation on or about February 25, 2019; was suspended for two (2) days in March 2019; was not hired for the Loan Servicing 3 Officer position in December 2019; and was the subject of a complaint and/or investigation that CHFA initiated with the Connecticut Office of State Ethics in or about December 2019. (<u>See</u> Compl., ¶¶ 16, 18, 23, 33, 35).  Plaintiff further alleges that on January 17, 2020, she was informed that her employment with CHFA had been terminated due to her

violation of CHFA policy, including related to "Ethics and Conflict of Interest," for alleged misconduct in connection with her role in CHFA's Housing Tax Credit Contribution Program ("HTCC") and the administration of a tax credit award to her husband. (See Compl., ¶ 39). Plaintiff further alleges that CHFA sued her as an additional defendant in a lawsuit against Plaintiff's husband in or about May 2020. (See Compl., ¶ 42).

7. Plaintiff alleges that she was discriminated against because of her gender and/or pregnancy leave in violation of Title VII, 42 U.S.C. §2000e-2, et seq. (See Compl., Count One, ¶¶ 47-53).

8. Plaintiff further alleges that she was discriminated against because of her gender and/or pregnancy leave in violation of Connecticut General Statutes § 46a-60. (See Compl., Count Two ¶¶ 57-63).

9. Plaintiff further alleges that she was retaliated against for engaging in protected activity related to her complaints of suspected discriminatory actions by CHFA in violation of Title VII, 42 U.S.C. §2000e-2, et seq. (See Compl., Count Three ¶¶ 67-79).

10. Plaintiff further alleges that she was retaliated against for engaging in protected activity related to her complaints of suspected discriminatory actions by CHFA in violation of Connecticut General Statutes § 46a-60. (See Compl., Count Four ¶¶ 83-95).

## STANDARD FOR FEDERAL JURISDICTION

11. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be

removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

## **BASIS FOR REMOVAL**

12. The District Court has original jurisdiction over this dispute pursuant to 28 U.S.C. § 1331, thus rendering removal proper under 28 U.S.C. § 1441(a).

13. Plaintiff asserts a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., as amended by the Civil Rights Act of 1991, and therefore her claim arises under laws of the United States.

14. Defendant has filed a copy of this Notice of Removal with the Clerk of the Connecticut Superior Court pursuant to 28 U.S.C. § 1446(d).

15. By filing this Notice of Removal, Defendant has not and does not waive any defenses that it might assert or its right to bring any application anywhere in relation to this litigation or its subject matter.

WHEREFORE, Defendant prays that this action be removed to this Court.

DEFENDANT – CONNECTICUT HOUSING FINANCE AUTHORITY

By    /s/ Patricia E. Reilly
    Patricia E. Reilly – ct08352
    preilly@murthalaw.com
    Emily McDonough Souza – ct30499
    esouza@murthalaw.com

Murtha Cullina LLP
265 Church Street, 9th Floor
New Haven, CT 06510
Telephone: 203.772.7700
Facsimile:   203.772.7723
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, a copy of the foregoing Notice of Removal was sent via e-mail to:

Nicole M. Rothgeb
Gregg D. Adler
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Email:  nmrothgeb@lapm.org
         gdadler@lapmk.org


/s/ Patricia E. Reilly
Patricia E. Reilly